# EXHIBIT "A"

# EXHIBIT "A"

Electronically Filed
1/7/2022 11:48 AM
Steven D. Grierson
CLERK OF THE COURT

1  G. DALLAS HORTON & ASSOCIATES
   G. DALLAS HORTON, ESQ.
2  Nevada Bar No. 5996
   DAVID L. THOMAS, ESQ.
3  Nevada Bar No. 3172
   Las Vegas, Nevada 89101
4  702-380-3100
   *Attorneys for Plaintiff*
5

**CASE NO: A-22-846388-C**
**Department 27**

6

7                          **DISTRICT COURT**

8                      **CLARK COUNTY, NEVADA**

9  NICOLE DI IORIO, an individual,          )  CASE NO.
                                            )  DEPT. NO.
10              Plaintiff,                   )
                                            )
11 vs.                                      )  **PLAINTIFF'S COMPLAINT AND**
                                            )  **DEMAND FOR JURY TRIAL**
12                                          )
   SMITH'S FOOD & DRUG CENTERS, INC.,       )
13 a Foreign Corporation, dba SMITH'S FOOD  )
   & DRUG CENTER #372;                      )
14 M706 KROGER WEST, an unknown entity;     )
15 DOE INDIVIDUAL GROCERY STORE             )
   OWNER, I through X, inclusive; ROE       )
16 ENTITY GROCERY STORE OWNER, I            )
   through X, inclusive; DOE INDIVIDUAL     )
17 GROCERY STORE LANDOWNERS, I              )
   through X, inclusive; ROE ENTITY         )
18 GROCERY STORE LANDOWNERS, I              )
   through X, inclusive; DOE INDIVIDUAL     )
19 MAINTENANCE CONTRACTORS, I               )
20 through X; inclusive; ROE ENTITY         )
   MAINTENANCE CONTRACTORS, I               )
21 through X, inclusive; DOES INDIVIDUALS I )
   through X, inclusive; and ROE ENTITIES I )
22 through X, inclusive                     )
                                            )
23                                          )
                                            )
24              Defendants.                 )
                          _____)

25       COMES NOW, Plaintiff, NICOLE DI IORIO, an individual and by and through her

26 attorneys, G. DALLAS HORTON & ASSOCIATES, and for Plaintiff's causes of action against

27 Defendant, SMITH'S FOOD & DRUG CENTERS, INC., a Foreign Corporation, dba SMITH'S

28

1   FOOD & DRUG CENTER #372, and M706 KROGER WEST, and each of them, alleges as

2   follows:

3        1.      That at all times relevant herein, Plaintiff, NICOLE DI IORIO, was and is a resident

4   of Clark County, Nevada.

5        2.      Upon information and belief at all times alleged herein, Defendant SMITH'S

6   FOOD & DRUG CENTERS, INC., a Foreign Corporation, dba SMITH'S FOOD & DRU

    CENTER #372 registered with the Nevada Secretary of State and doing business in Nevada.

7        3.      Upon information and belief at all times relevant herein, Defendant, SMITH'S

8   FOOD & DRUG CENTERS, INC. #372 was the owner of the real property located at 1421 North

9   Jones Boulevard, Las Vegas, Clark County, Nevada 89108 and commonly known as Clark County

10  Assessor's Parcel 138-26-515-008, hereinafter Defendant's premises.

11       4.      Upon information and belief at all times alleged herein, Defendant M706

12  KROGER WEST, is an unknown entity doing business at Defendants' premises.

13       5.      Pursuant to NRCP 10(a) and <u>Nurenberger Hercules-Werke GMBH v. Virostek</u>, 107

14  Nev. 873, 822 P.2d 1100 (1991), the identity of resident and non-resident defendants designated

15  herein as DOE INDIVIDUAL GROCERY STORE OWNER, I through X, inclusive; ROE

16  ENTITY GROCERY STORE OWNER, I through X, inclusive; DOE INDIVIDUAL GROCERY

    STORE LANDOWNERS, I through X, inclusive; ROE ENTITY GROCERY STORE

17  LANDOWNERS, I through X, inclusive; DOE INDIVIDUAL MAINTENANCE

18  CONTRACTORS, I through X; inclusive; ROE ENTITY MAINTENANCE CONTRACTORS, I

19  through X, inclusive; DOES INDIVIDUALS I through X, inclusive; and ROE ENTITIES I

20  through X, inclusive. Upon information and belief these DOE and ROE defendants, and each of

21  them, were involved in the initiation, approval, support, or execution of one or more of the

22  wrongful acts or omissions upon which this action is premised, or of similar actions directed

23  against Plaintiff about which Plaintiff is presently unaware, and which directly and proximately

24  caused injury and damages to Plaintiff, including but not limited to unreasonably owning, leasing,

25  renting, building, complying with building and safety codes, rules or ordinances, maintaining,

    cleaning, operating, entrusting, or repairing the premises, so as to proximately cause injury to

26  Plaintiff.  ROE and DOE defendants also include but are not limited to: a) presently unknown

27  employers of defendant(s) who are responsible for the acts of their employees under NRS 41.745,

28  or under the doctrine of *respondeat superior*; b) persons involved in the design, manufacturer

distribution and placement into the stream of commerce of an unreasonably dangerous and unfit product that caused damages to Plaintiff, including shopping carts and shopping cart accessories, and which persons are strictly liable under products liability law; and, c) known witnesses whose particular culpability is not known at this time but may be made known once true facts are learned. As the specific identities of these parties are revealed through discovery, the DOE or ROE appellation will be replaced to identify these parties by their true names and capacities. Hereinafter reference to Defendant or Defendants includes DOES and ROES and each of them.

6.      That upon information and belief, Defendants, inclusive of DOES and ROES, and each of them, at all relevant times, were the owner, partner, servant, officer, agent, employer and/or employee of the other, and each of them, and were at all relevant times acting within the scope and performance of said partnership, agency, master/servant, and employment relationship.

7.      On or about January 8, 2020, Plaintiff was shopping at Defendant's store. As she was exiting the store to leave, she slipped on an unreasonably dangerous foreign substance located on the floor that the Defendants knew about or should have known about; and that Defendants should have taken precautions to correct and/or prevent.

8.      At that date, time and place, Defendants, and each of them, unreasonably owned, entrusted, rented, maintained, operated and controlled the Defendants' store so as to proximately cause Plaintiff to fall and receive personal injuries and damages.

9.      That Defendants and each of them were **negligent** and are liable for Plaintiff's damages.

10.     At that date, time and place, Defendants and each of them, violated one or more statutes, codes, ordinances or rules which governed the Defendants' premises and which were enacted to protect persons such as Plaintiff and prevent the types of injuries and damages Plaintiff sustained, and Defendants, each of them, were **negligent *per se,*** and are liable for Plaintiff's damages.

11.     That as a direct and proximate result of the acts and omissions of Defendants, and each of them, Plaintiff has sustained great pain of body and mind, including serious and painful physical injuries to Plaintiff, as well as shock and injury to Plaintiff's nervous system entailing mental stress, anxiety, and anguish, all or some of which conditions may be permanent and disabling in nature, all to Plaintiff's **general damages** in an amount in excess of $15,000.00.

. . .

12.     That as a direct and proximate result of the acts and omissions of Defendants, and each of them, Plaintiff has incurred **expenses for medical care** and expenses incidental thereto, and upon information and belief such expenses and damages will continue in the future, all to Plaintiff's damage in a presently unascertainable amount.

13.     That as a direct and proximate result of the acts and omissions of Defendants, and each of them, Plaintiff has **lost income and earning capacity**, and upon information and belief such damages will continue in the future, all to Plaintiff's damage in a presently unascertainable amount.

14.     That Plaintiff had to retain the services of an attorney to prosecute this action and is entitled to **prejudgment interest, reasonable attorney's fees and costs of suit** incurred herein.

15.     Plaintiff **demands a trial by jury**.

WHEREFORE, Plaintiff, expressly reserving the right to amend this Complaint at the time of trial to include all items of damages not yet ascertained, demands judgment against Defendants, and each of them, as follows:

1.     General damages in an amount excess of $15,000.00;

2.     Damages for costs of medical care and treatment, past and future;

3.     Damages for loss of income and earning capacity, past and future;

4.     Prejudgment interest, attorney's fees, and costs of suit incurred herein;

5.     For trial by a jury; and

6.     For such other and further relief as the Court may deem just and proper.

DATED this 7th day of January, 2022.

G. DALLAS HORTON & ASSOCIATES


/s/ *David L. Thomas, Esq.*
G. DALLAS HORTON, ESQ.
Nevada Bar No. 5996
DAVID L. THOMAS, ESQ.
Nevada Bar No. 3172
Las Vegas, Nevada 89119
*Attorneys for Plaintiff*

Electronically Issued
3/22/2022 3:25 PM

Electronically Filed
4/13/2022 9:38 AM
Steven D. Grierson
CLERK OF THE COURT



1   G. DALLAS HORTON & ASSOCIATES
    G. DALLAS HORTON, ESQ.
2   Nevada Bar No. 5996
3   DAVID L. THOMAS, ESQ.
    Nevada Bar No. 3172
4   Las Vegas, Nevada 89101
    702-380-3100
5   *Attorneys for Plaintiff*

6
                        **DISTRICT COURT**
7
                   **CLARK COUNTY, NEVADA**
8

9   NICOLE DI IORIO, an individual,          )    CASE NO.    A-22-846388-C
                                             )    DEPT. NO.   27
10                                           )
            Plaintiff,                       )
11                                           )    **SUMMONS - SMITH'S FOOD & DRUG**
    vs.                                      )    **CENTERS, INC., a Foreign Corporation,**
12                                           )    **dba SMITH'S FOOD & DRUG CENTER**
    SMITH'S FOOD & DRUG CENTERS, INC.,       )    **#372**
13  a Foreign Corporation, dba SMITH'S FOOD  )
    & DRUG CENTER #372;                      )
14  M706 KROGER WEST, an unknown entity;     )
15  DOE INDIVIDUAL GROCERY STORE             )
    OWNER, I through X, inclusive; ROE       )
16  ENTITY GROCERY STORE OWNER, I            )
17  through X, inclusive; DOE INDIVIDUAL     )
    GROCERY STORE LANDOWNERS, I              )
18  through X, inclusive; ROE ENTITY         )
    GROCERY STORE LANDOWNERS, I              )
19  through X, inclusive; DOE INDIVIDUAL     )
20  MAINTENANCE CONTRACTORS, I               )
    through X; inclusive; ROE ENTITY         )
21  MAINTENANCE CONTRACTORS, I               )
    through X, inclusive; DOES INDIVIDUALS I )
22  through X, inclusive; and ROE ENTITIES I )
    through X, inclusive                     )
23                                           )
                                             )
24          Defendants.                      )

25  . . .
26  . . .
    . . .
27  . . .
    . . .
28  . . .
    . . .
    . . .


                        Page 1 of 2


                Case Number: A-22-846388-C

                Case Number: A-22-846388-C

1    **SUMMONS - SMITH'S FOOD & DRUG CENTERS, INC., a Foreign Corporation, dba**
2    **SMITH'S FOOD & DRUG CENTER #372**

3        **NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST**
     **YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS.**
4    **READ THE INFORMATION BELOW.**

5        **SMITH'S FOOD & DRUG CENTERS, INC., a Foreign Corporation,**
6        **dba SMITH'S FOOD & DRUG CENTER #372**

7    **TO THE DEFENDANT:** A Civil Complaint has been filed by the Plaintiff against you for the

8    relief set forth in the Complaint.

9        1.      If you intend to defend this lawsuit, within 20 days after this Summons is served on

10   you exclusive of the day of service, you must do the following:

11           a.      File with the Clerk of this Court, whose address is shown below, a formal

12   written response to the Complaint in accordance with the rules of the Court.

13           b.      Serve a copy of your response upon the attorney whose name and address is

     shown below.

14       2.      Unless you respond, your default will be entered upon application of the Plaintiff

15   and this Court may enter a judgment against you for the relief demanded in the Complaint, which

16   could result in the taking of money or property or other relief requested in the Complaint.

17       3.      If you intend to seek the advice of an attorney in this matter, you should do so

18   promptly so that your response may be filed on time.

19   Issued at the direction of:

20   **G. DALLAS HORTON & ASSOCIATES**        **CLERK OF THE COURT**

21

22   By:_/s/ David L. Thomas, Esq._                    By:_____  3/24/2022
23       DALLAS HORTON, ESQ.                           Deputy Clerk
         Nevada Bar No. 5996                           Clark County Courthouse
24       DAVID L. THOMAS, ESQ.                         200 Lewis Avenue
         Nevada Bar No. 3172                           Las Vegas, Nevada  89101
25       4435 South Eastern Avenue
26       Las Vegas, Nevada  89119                          Demond Palmer
         _Attorneys for Plaintiff_
27

28

| Attorney or Party without Attorney:<br>G. DALLAS HORTON, ESQ (SBN 5996)<br>G. Dallas Horton & Associates<br>4435 South Eastern Avenue<br>Las Vegas, NV 89119<br>Telephone No: (702) 380-3100 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney For: Plaintiff | Ref. No. or File No.: DI IORIO - 1406 | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>District Court Clark County Nevada | | | | |
| Plaintiff: NICOLE DI IORIO,<br>Defendant: SMITH'S FOOD & DRUG CENTERS, INC., et al. | | | | |
| DECLARATION OF SERVICE | Hearing Date: | Time: | Dept/Div:<br>27 | Case Number:<br>A-22-846388-C |

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS - SMITH'S FOOD & DRUG CENTERS, INC., a Foreign Corporation, dba SMITH'S FOOD & DRUG CENTER #372; PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL

3. a. *Party served:* SMITH'S FOOD & DRUG CENTERS, INC., a Foreign Corporation, dba SMITH'S FOOD & DRUG CENTER #372;
   b. *Person served:* Kris Osborne - Authorized Agent, a person of suitable age and discretion at the most recent street address of the registered agent shown on the information filed with the Secretary of State.

4. *Address where the party was served:* REGISTERED AGENT - CORPORATION SERVICE COMPANY
   112 N Curry St, Carson City, NV 89703

5. *I served the party:*
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon, Apr 04 2022 (2) at: 11:55 AM

Fee for Service:
Pursuant to NRS 53.045
I Declare under penalty of perjury under the laws of the State of NEVADA that the foregoing is true and correct.

6. *Person Who Served Papers:*
   a. Toni Ruckman (R-2020-00063, Washoe)
   b. FIRST LEGAL
      NEVADA PI/PS LICENSE 1452
      2920 N. GREEN VALLEY PARKWAY, SUITE 514
      HENDERSON, NV 89014
   c. (702) 671-4002

04/04/2022
*(Date)*

*Toni L Ruckman*
*(Signature)*



DECLARATION OF
SERVICE

6895613
(55190485)

Electronically Issued
3/22/2022 3:25 PM

Electronically Filed
4/13/2022 9:38 AM
Steven D. Grierson
CLERK OF THE COURT

1  G. DALLAS HORTON & ASSOCIATES
   G. DALLAS HORTON, ESQ.
2  Nevada Bar No. 5996
3  DAVID L. THOMAS, ESQ.
   Nevada Bar No. 3172
4  Las Vegas, Nevada 89101
   702-380-3100
5  *Attorneys for Plaintiff*

6
                    **DISTRICT COURT**
7
                 **CLARK COUNTY, NEVADA**
8

9  NICOLE DI IORIO, an individual,          )  CASE NO.   A-22-846388-C
                                            )  DEPT. NO.   27
10            Plaintiff,                     )
                                            )
11  vs.                                      )  **SUMMONS - M706 KROGER WEST**
                                            )
12                                           )
   SMITH'S FOOD & DRUG CENTERS, INC.,       )
13  a Foreign Corporation, dba SMITH'S FOOD  )
   & DRUG CENTER #372;                      )
14  M706 KROGER WEST, an unknown entity;     )
15  DOE INDIVIDUAL GROCERY STORE             )
   OWNER, I through X, inclusive; ROE       )
16  ENTITY GROCERY STORE OWNER, I           )
17  through X, inclusive; DOE INDIVIDUAL     )
   GROCERY STORE LANDOWNERS, I             )
18  through X, inclusive; ROE ENTITY         )
   GROCERY STORE LANDOWNERS, I             )
19  through X, inclusive; DOE INDIVIDUAL     )
20  MAINTENANCE CONTRACTORS, I              )
   through X; inclusive; ROE ENTITY        )
21  MAINTENANCE CONTRACTORS, I              )
   through X, inclusive; DOES INDIVIDUALS I )
22  through X, inclusive; and ROE ENTITIES I )
   through X, inclusive                     )
23                                           )
                                            )
24            Defendants.                    )
   _____  )
25  . . .
26  . . .
   . . .
27  . . .
   . . .
28  . . .
   . . .
   . . .


                      Page 1 of 2


              Case Number: A-22-846388-C

              Case Number: A-22-846388-C

1                  **SUMMONS - M706 KROGER WEST**

2           **NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST**

3   **YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW.**

4

5                    **M706 KROGER WEST**

6 **TO THE DEFENDANT:** A Civil Complaint has been filed by the Plaintiff against you for the

7 relief set forth in the Complaint.

8       1.       If you intend to defend this lawsuit, within 20 days after this Summons is served on

9 you exclusive of the day of service, you must do the following:

10            a.       File with the Clerk of this Court, whose address is shown below, a formal

written response to the Complaint in accordance with the rules of the Court.

11

12            b.       Serve a copy of your response upon the attorney whose name and address is

shown below.

13       2.       Unless you respond, your default will be entered upon application of the Plaintiff

14 and this Court may enter a judgment against you for the relief demanded in the Complaint, which

15 could result in the taking of money or property or other relief requested in the Complaint.

16       3.       If you intend to seek the advice of an attorney in this matter, you should do so

17 promptly so that your response may be filed on time.

18 Issued at the direction of:

19 **G. DALLAS HORTON & ASSOCIATES**       **CLERK OF THE COURT**

20                                            3/24/2022

21 By:_/s/ David L. Thomas, Esq._          By:

      DALLAS HORTON, ESQ.               Deputy Clerk

22       Nevada Bar No. 5996                Clark County Courthouse

23       DAVID L. THOMAS, ESQ.           200 Lewis Avenue

      Nevada Bar No. 3172                Las Vegas, Nevada 89101

24       4435 South Eastern Avenue

25       Las Vegas, Nevada 89119            Demond Palmer

      _Attorneys for Plaintiff_

26

27

28

| | | | | | |
|---|---|---|---|---|---|
| *Attorney or Party without Attorney:*<br>G. DALLAS HORTON, ESQ (SBN 5996)<br>G. Dallas Horton & Associates<br>4435 South Eastern Avenue<br>Las Vegas, NV 89119<br>*Telephone No:* (702) 380-3100 | | | | | *For Court Use Only* |
| *Attorney For:* Plaintiff | | *Ref. No. or File No.:* DI IORIO - 1406 | | | |

*Insert name of Court, and Judicial District and Branch Court:*
District Court Clark County Nevada

*Plaintiff:* NICOLE DI IORIO,
*Defendant:* SMITH'S FOOD & DRUG CENTERS, INC., et al.

| DECLARATION OF SERVICE | *Hearing Date:* | *Time:* | *Dept/Div:*<br>27 | *Case Number:*<br>A-22-846388-C |
|---|---|---|---|---|

1.  *At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the SUMMONS - M706 KROGER WEST; PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL

3.  *a.* *Party served:* M706 KROGER WEST, an unknown entity
    *b.* *Person served:* Bill Henson - Store Director, a person of suitable age and discretion, authorized to accept at the address listed below.
    Desc: Caucasian , Male , Age: 40s , Hair: Blond , Height: 5'10"

4.  *Address where the party was served:* 1421 N Jones Blvd, Las Vegas, NV 89108

5.  *I served the party:*
    a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive
    process for the party (1) on: Mon, Apr 04 2022 (2) at: 01:45 PM

*Fee for Service:*
Pursuant to NRS 53.045
I Declare under penalty of perjury under the laws of the State of
NEVADA that the foregoing is true and correct.

**6. Person Who Served Papers:**
    a. Luis Sanchez-Jacquez (R-2022-03727)
    b. FIRST LEGAL
       NEVADA PI/PS LICENSE 1452
       2920 N. GREEN VALLEY PARKWAY, SUITE 514
       HENDERSON, NV 89014
    c. (702) 671-4002

| 04/04/2022 | |
|---|---|
| *(Date)* | *(Signature)* |



Electronically Filed
4/25/2022 12:15 PM
Steven D. Grierson
CLERK OF THE COURT

1  **ANSC**
   JERRY S. BUSBY
2  Nevada Bar #001107
   COOPER LEVENSON, P.A.
3  3016 West Charleston Boulevard - #195
   Las Vegas, Nevada 89102
4  (702) 366-1125
   FAX: (702) 366-1857
5  jbusby@cooperlevenson.com
   Attorneys for Defendant
6  SMITH'S FOOD & DRUG CENTERS, INC.

7                          **DISTRICT COURT**

8                    **CLARK COUNTY, NEVADA**

9  NICOLE DI IORIO, an individual,                CASE NO.: A-22-846388-C
                                                   DEPT. NO.: XXVII
10              Plaintiff,

11 vs.

12 SMITH'S FOOD & DRUG CENTERS, INC.    **DEFENDANT SMITH'S FOOD & DRUG**
   a Foreign Corporation, dba SMITH'S FOOD  **CENTERS, INC.'S ANSWER TO**
13 & DRUG CENTER #372; M706 KROGER       **PLAINTIFF'S COMPLAINT**
   WEST, an unknown entity; DOE
14 INDIVIDUAL GROCERY STORE OWNER,
   I through X, inclusive; ROE ENTITY
15 GROCERY STORE OWNER, I through X,
   inclusive; DOE INDIVIDUALGROCERY
16 STORE LANDOWNERS, I through X,
   inclusive; ROE ENTITY GROCERY STORE
17 LANDOWNERS, I through X, inclusive; DOE
   INDIVIDUAL MAINTENANCE
18 CONTRACTORS, I through X; inclusive;
   ROE ENTITY MAINTENANCE
19 CONTRACTORS, I through X, inclusive;
   DOES INDIVIDUALS I through X, inclusive;
20 and ROE ENTITITES I through X, inclusive

21              Defendants.

22         COMES NOW, Defendant, SMITH'S FOOD & DRUG CENTERS, INC., improperly designated

23 as SMITH'S FOOD & DRUG CENTERS, INC. dba SMITH'S & DRUG CENTER #372, by and

24 through its attorney of record, JERRY S. BUSBY, ESQ., of the law firm COOPER LEVENSON, P.A.,

25 and hereby answers Plaintiff's Complaint on file herein as follows:

26                                      **I.**

27         This answering Defendant states that it does not have sufficient knowledge or information upon

28 which to base a belief as to the truth of the allegations contained in Paragraphs 1, 5, 6, 7 and 15 of

1  Plaintiff's Complaint and upon said ground, denies each and every allegation contained therein.

2                                                    **II.**

3           In response to Paragraph 2 of Plaintiff's Complaint, this answering Defendant admits that it

4  is a foreign corporation registered with the Nevada Secretary of State and doing business in Nevada.

5  This answering Defendant denies any other allegations contained in said Paragraph.

6                                                    **III.**

7           In response to Paragraph 3 of Plaintiff's Complaint, this answering Defendant admits that it

8  was the owner of the real property located at 1421 North Jones Boulevard, Las Vegas, Clark County,

9  Nevada 89108.  This answering Defendant denies any remaining allegations contained in said

10  Paragraph.

11                                                   **IV.**

12          This answering Defendant denies each and every allegation contained in Paragraphs 4, 8, 9,

13  10, 11, 12, 13 and14 of Plaintiff's Complaint.

14                               **AFFIRMATIVE DEFENSES**

15                            **FIRST AFFIRMATIVE DEFENSE**

16          Plaintiff did not use reasonable diligence to care for her injuries, thereby aggravating said injuries

17  as a result.  Therefore, Plaintiff's claims against this answering Defendant should be denied, or any

18  recovery reduced in proportion to said negligence of Plaintiff.

19                          **SECOND AFFIRMATIVE DEFENSE**

20          At the time and place alleged in Plaintiff's Complaint, and for a period of time prior thereto,

21  Plaintiff did not exercise ordinary care, caution, or prudence for the protection of her own safety, and

22  injuries and damages complained of by Plaintiff in the Complaint, if any, were directly and proximately

23  caused or contributed to by the fault, failure to act, carelessness, and negligence of Plaintiff, and

24  therefore Plaintiff's claims against this answering Defendant should be denied, or any recovery reduced

25  in proportion to said negligence of Plaintiff.

26  ///

27  ///

28  ///

CLAC 6910491.1

2

1    WHEREFORE, this answering Defendant prays that Plaintiff take nothing by virtue of her

2  Complaint on file herein; for costs and disbursements incurred in this action; and for such other and

3  further relief as to the Court may deem proper.

4    Dated this 25th day of April, 2022.

5                                    COOPER LEVENSON, P.A.

6

7                                By   /s/ Jerry S. Busby
                                      Jerry S. Busby
8                                     Nevada Bar No. 001107
                                      3016 West Charleston Boulevard - #195
9                                     Las Vegas, Nevada 89102
                                      Attorneys for Defendant
10                                    SMITH'S FOOD & DRUG CENTERS, INC.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                          3
CLAC 6910491.1

1

## CERTIFICATE OF SERVICE

2   Pursuant to NRCP 5(b), I certify that I am an employee of COOPER LEVENSON, P.A. and

3 that on this 25th day of April, 2022, I did cause a true copy of the foregoing **DEFENDANT**

4 **SMITH'S FOOD & DRUG CENTERS, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT**

5 to be served upon each of the parties listed below via electronic service through the Eighth Judicial

6 District Court's Odyssey E-File and Serve System:

7  David L. Thomas, Esq.
  G. DALLAS HORTON & ASSOCIATES

8  4435 South Eastern Avenue
  Las Vegas, NV 89119

9  Attorneys for Plaintiff

10

       By /s/ Theresa H. Rutkowski

11          An Employee of
          COOPER LEVENSON, P.A.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

CLAC 6910491.1

**Electronically Filed**
5/16/2022 3:54 PM
Steven D. Grierson
CLERK OF THE COURT

1  G. DALLAS HORTON & ASSOCIATES
G. DALLAS HORTON, ESQ.
2  Nevada Bar No. 5996
3  DAVID L. THOMAS, ESQ.
Nevada Bar No. 3172
4  Las Vegas, Nevada 89101
702-380-3100
5  *Attorneys for Plaintiff*

6                          **DISTRICT COURT**

7                    **CLARK COUNTY, NEVADA**

8

9  NICOLE DI IORIO, an individual,          )    CASE NO.    A-22-846388-C
                                            )    DEPT. NO.   27
10             Plaintiff,                    )
                                            )    **PETITION FOR EXEMPTION FROM**
11  vs.                                      )    **ARBITRATION**
                                            )
12                                           )
   SMITH'S FOOD & DRUG CENTERS, INC.,       )
13  a Foreign Corporation, dba SMITH'S FOOD  )
   & DRUG CENTER #372;                      )
14  M706 KROGER WEST, an unknown entity;     )
   DOE INDIVIDUAL GROCERY STORE             )
15  OWNER, I through X, inclusive; ROE       )
   ENTITY GROCERY STORE OWNER, I            )
16  through X, inclusive; DOE INDIVIDUAL     )
   GROCERY STORE LANDOWNERS, I              )
17  through X, inclusive; ROE ENTITY         )
   GROCERY STORE LANDOWNERS, I              )
18  through X, inclusive; DOE INDIVIDUAL     )
   MAINTENANCE CONTRACTORS, I               )
19  through X; inclusive; ROE ENTITY         )
   MAINTENANCE CONTRACTORS, I               )
20  through X, inclusive; DOES INDIVIDUALS I )
   through X, inclusive; and ROE ENTITIES I )
21  through X, inclusive                     )
                                            )
22             Defendants.                   )
23

24

25        COMES NOW, Plaintiff NICOLE DI IORIO by and through her attorneys, G. DALLAS

26  HORTON & ASSOCIATES, and hereby requests the above-entitled matter be exempted from

27  arbitration pursuant to Nevada Arbitration Rules 3 and 5, as this case:

28        1. _____ presents a significant issue of public policy;

                              Page 1 of 4

2.    __X__    involves an amount in issue in excess of $50,000.00, exclusive of interest and costs;

3.    _____    presents unusual circumstances, which constitutes good cause for removal from the program.

**I.**
**FACTS SUPPORTING EXEMPTION:**

**A.    NATURE OF CASE:** This is an action for personal injuries resulting from a slip and fall incident that occurred on or about January 8, 2020 wherein Plaintiff was injured.

**B.    DAMAGES:**

**1.    Medical Treatment Summary:**

| | Provider | Treatment dates | Bills to Date |
|---|---|---|---|
| 1. | Mehran Soudbakhsh, D.C. | 01/09/20 – 06/16/21 | $ 12,920.00 |
| 2. | Las Vegas Radiology | 01/09/20 – 03/10/21 | $ 5,350.00 |
| 3. | Family Doctors of Green Valley | 01/10/20 – 02/10/20 | $ 800.00 |
| 4. | All City Pharmacy | 01/13/20 | $ 270.00 |
| 5. | Carol Sears, LMT | 02/10/20 | $ 120.00 |
| 6. | Advanced Orthopedics & Sports Medicine | 03/11/20 – 04/17/20 | $ 2,806.97 |
| 7. | The Center for Wellness and Pain Care of Las Vegas | 06/22/20 – 10/07/21 | $ 35,423.34 |
| 8. | Durango Surgery Center | 09/02/20 – 09/29/21 | $ 43,172.00 |
| 9. | Bone & Joint Specialists | 03/04/21 – 04/01/21 | $ 2,237.50 |
| | | | $103,099.81 |

Plaintiff suffered injuries to her left knee and back as a result of the slip and fall. She underwent treatment from January 9, 2020 to April 1, 2021 and incurred bills as referenced above.

Plaintiff was also recommended surgery as a result of her injuries and has decided to wait at this time. But, is still having pain from her injuries.

**II.**
**CONCLUSION**

Based on the foregoing, the Plaintiff respectfully requests that this case be exempted from arbitration.

. . .

. . .

. . .

. . .

. . .

1    I hereby certify pursuant to N.R.C.P. 11 this case to be within the exemption marked

2  above, and I am aware of the sanctions that may be imposed against any attorney or party who,

3  without good cause or justification, attempts to remove a case from the arbitration program.

4    DATED this is _____ day of May, 2022.

5                                         G. DALLAS HORTON & ASSOCIATES

6

7                                         G. DALLAS HORTON, ESQ.
                                          Nevada Bar No. 5996
8                                         DAVID L. THOMAS, ESQ.
                                          Nevada Bar No. 3172
9                                         Las Vegas, Nevada 89101
                                          *Attorneys for Plaintiff*
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## CERTIFICATE OF SERVICE

2          Pursuant to NRCP 5(b), I certify that on the _16th_ day of May, 2022, I did cause a true

3     and accurate copy of the **PETITION FOR EXEMPTION FROM ARBITRATION**

4     to be served via the Court's electronic filing and service system [Wiznet] to all parties on the

5     current service list.

6     Jerry S. Busby, Esq.
      COOPER LEVENSON, P.A.
7     3016 West Charleston Boulevard- #195
      Las Vegas, Nevada 89102
8     *Attorneys for Defendant*

9

10                                    An employee of G. DALLAS HORTON & ASSOCIATES

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Page 4 of 4

**Electronically Filed**
**5/31/2022 1:37 PM**
**Steven D. Grierson**
**CLERK OF THE COURT**

**CDRG**

## DISTRICT COURT

## CLARK COUNTY, NEVADA

Nicole Di Iorio, Plaintiff(s)

vs.

Smith's Food & Drug Centers Inc,

Defendant(s)

CASE NO: A-22-846388-C
DEPT. NO: XXVII

## COMMISSIONER'S DECISION ON REQUEST FOR EXEMPTION

REQUEST FOR EXEMPTION FILED ON: May 16, 2022

EXEMPTION FILED BY: Plaintiff                    OPPOSITION: No

## DECISION

Having reviewed the Request for Exemption, and all related pleadings, the Request

for Exemption is hereby GRANTED.

DATED this 31st of May, 2022.

ADR COMMISSIONER

1

## NOTICE

Pursuant to Nevada Arbitration Rule 5(D), you are hereby notified you have five (5) days from the date you are served with this document within which to file written objections with the Clerk of Court and serve all parties. The Commissioner's Decision is deemed served three (3) days after the Commissioner's designee deposits a copy of the Decision in the U.S. Mail. **Pursuant to NEFCR Rule 9(f)(2) an additional 3 days is not added to the time if served electronically (via e-service).**

**A copy of the foregoing Commissioner's Decision on Request for Exemption was electronically served, pursuant to N.E.F.C.R. Rule 9, to all registered parties in the Eighth Judicial District Court Electronic Filing Program on the date of e-filing.**

*If indicated below*, a copy of the foregoing Commissioner's Decision on Request for Exemption was also:

☐ Mailed by United States Postal Service, Postage prepaid, to the proper parties listed below at their last known address(es) on _____, 2022.

/s/   Loretta Walker
_____
ADR COMMISSIONER'S DESIGNEE

2