JERRY S. BUSBY
Nevada Bar #001107
ANDRE T. MARQUES
Nevada Bar #014737
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada  89102
(702) 366-1125
FAX:  (702) 366-1857
jbusby@cooperlevenson.com
amarques@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NICOLE DI IORIO, an individual,<br><br>Plaintiff<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC. a Foreign Corporation, dba SMITH'S FOOD & DRUG CENTER #372; M706 KROGER WEST, an unknown entity; DOE INDIVIDUAL GROCERY STORE OWNER, I through X, inclusive; ROE ENTITY GROCERY STORE OWNER, I through X, inclusive; DOE INDIVIDUALGROCERY STORE LANDOWNERS, I through X, inclusive; ROE ENTITY GROCERY STORE LANDOWNERS, I through X, inclusive; DOE INDIVIDUAL MAINTENANCE CONTRACTORS, I through X; inclusive; ROE ENTITY MAINTENANCE CONTRACTORS, I through X, inclusive; DOES INDIVIDUALS I through X, inclusive; and ROE ENTITITES I through X, inclusive<br><br>Defendants | Case No. 2:22-cv-00955-CDS-BNW<br><br><br><br>**STIPULATION FOR DISMISSAL WITH <u>PREJUDICE</u>** |

WHEREAS, the parties and their counsel agreed upon a full and final settlement of this case and all claims asserted therein;

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff NICOLE DI IORIO, by and through her counsel of record, DAVID L. THOMAS, ESQ. of the law firm G. DALLAS HORTON & ASSOCIATES, and Defendant, SMITH'S FOOD & DRUG CENTERS,

CLAC 7381121.1

INC., by and through its counsel of record, JERRY S. BUSBY, ESQ., of the law firm COOPER LEVENSON, P.A. as follows:

1. That this case be dismissed, with prejudice, each party to bear their own fees and costs;

2. That any pending dates on the Court's docket be vacated.

Respectfully submitted this 14th day of March, 2023.

| G. DALLAS HORTON & ASSOCIATES | COOPER LEVENSON, P. A. |
|---|---|
| /s/ *David L. Thomas*<br>DAVID L. THOMAS, ESQ.<br>Nevada Bar No. 3172<br>4435 South Eastern Avenue<br>Las Vegas, NV 89119<br>Attorneys for Plaintiff<br>NICOLE DI IORIO | /s/ *Jerry S. Busby*<br>JERRY S. BUSBY, ESQ.<br>Nevada Bar No. 001107<br>ANDRE T. MARQUES, ESQ.<br>Nevada Bar No. 014737<br>3016 West Charleston Boulevard - #195<br>Las Vegas, Nevada 89102<br>Attorneys for Defendant<br>SMITH'S FOOD & DRUG CENTERS, INC. |

**IT IS SO ORDERED.** The Clerk of Court is directed to close this case.

DATED: March 14, 2023

_____
UNITED STATES DISTRICT JUDGE

2

CLAC 7381121.1